## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**CHRISTOPHER CHARLES EARLY**                         **CIVIL ACTION**

**VERSUS**                                             **18-863-JWD-EWD**

**DISTRICT ATTORNEY, ET AL.**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on April 1, 2019.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER CHARLES EARLY                             CIVIL ACTION

VERSUS                                                                       18-863-JWD-EWD

DISTRICT ATTORNEY, ET AL.

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

*Pro se* Plaintiff, Christopher Early ("Plaintiff"), instituted this action on or about May 9, 2018.[1] Along with Plaintiff's Complaint, he filed a deficient Motion for Leave to Proceed *In Forma Pauperis*.[2] Thereafter, Plaintiff filed three more deficient Motions for Leave to Proceed *In Forma Pauperis*.[3] On October 26, 2018, this Court denied all four of Plaintiff's deficient Motions for Leave to Proceed *In Forma Pauperis* and instructed Plaintiff as follows: "By no later than **November 9, 2018**, Plaintiff shall complete and file the attached Application to Proceed In Forma Pauperis Pursuant to 28 U.S.C. § 1915 with all the required information, including a certified copy of plaintiff's trust fund account statement (or institutional equivalent) for the 6-month period before May 9, 2018."[4] The Court also issued the following warning: "**Failure to comply with the requirements of this Order may result in a recommendation that the case be dismissed without further notice.**"[5]

Since the issuance of this Court's Order on October 26, 2018, Plaintiff has not filed anything with the Court. Thus, Plaintiff has failed to Comply with this Court's Order. Accordingly,

---

[1] R. Doc. 1.
[2] R. Doc. 2.
[3] R. Docs. 4, 6, & 9.
[4] R. Doc. 13.
[5] R. Doc. 13, p. 2.

**IT IS RECOMMENDED** that the above-captioned proceeding be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with this Court's Order

**IT IS FURTHER RECOMMENDED** that, on motion of Plaintiff, filed within thirty (30) days, and upon a showing of good cause the Court may consider reinstatement of Plaintiff's claims.

Signed in Baton Rouge, Louisiana, on April 1, 2019.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**