# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**CHRISTOPHER CHARLES EARLY**

**VERSUS**

**DISTRICT ATTORNEY, ET AL.**

**CIVIL ACTION**

**NO. 18-863-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 1, 2019, to which no opposition was filed;

**IT IS ORDERED** that the above-captioned proceeding is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to comply with this Court's Order.

**IT IS FURTHER ORDERED** that, on motion of Plaintiff, filed within thirty (30) days, and upon a showing of good cause the Court may consider reinstatement of Plaintiff's claims.

Signed in Baton Rouge, Louisiana, on May 8, 2019.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**